# Court of Appeals
# of the State of Georgia

ATLANTA,  August 01, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0451.  DEREK LEE THOMAS v. ALONZO TODD, AS ADMINISTRATOR FOR THE ESTATE OF BOBBY TODD.**

Derek Lee Thomas, a defendant in the case below, filed a motion to dismiss the action. The trial court denied both the motion and Thomas's subsequent motion for reconsideration. Thomas has now filed a direct appeal from the trial court's order denying his motion for reconsideration. We lack jurisdiction because the order is interlocutory.

It is clear that this case remains pending below, as the trial court's order identifies issues to be resolved by a jury at the upcoming trial. Thomas was, therefore, required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the trial court's order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  08/01/2022*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*